6 Beechwood Rd.
Killingworth, Ct. 06419
June 22, 2016

FILED
2016 JUN 27 PM 3 16
U.S. DISTRICT COURT

TO: ROBIN D. TABORA
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED
JUN 27 2016
U.S. DISTRICT COURT
NEW HAVEN, CT

RE: Case No. 3:16-cv-603 (VAB)

My apologies to the court for this late letter. I am including copies of my correspondence with Mr. Hang. I believe they are self-explanatory. I see no reason to waste another attorney's time and resources to answer these ridiculous charges from Mr. Ye. They simply have no merit since all parties involved had a mutually agreed upon arrangement, not once, but twice.

It's true that Fong's Restaurant may not have followed the letter of labor laws, but right or wrong, we were doing what was standard, accepted practice in the Chinese restaurant business.

We breached no contract. We kept our word. We went out of our way to make Mr. Ye comfortable and well-fed, even on his days off. He got what he was promised and more.

The huge discrepancy in the date of the actual serving of the summons may be an attempt by the plaintiff's attorney to get an easy win by default.

Please review this case and decide. Thank you for your time and consideration.

Sincerely,

John Fong

John Fong